# "Certificate of Service"

I, Zebedee Brown-Bey, certify that I have deposited an exact copy of an "Certificate of Exemption on Indigenous Grounds Denial of Corporate Status and Negative Averment" via a sworn affidavit, in the out-going mail, postage pre-paid and addressed as follows:

Office of the Clerk
U.S. District Court, Middle District of North Carolina,
P.O. Box 2708, Greensboro, N.C. 27402-2708

District Attorney Office
Mr. Bill Wood
U.S. District Court, Middle District of North Carolina,
P.O. Box 2708, Greensboro, N.C. 27402-2708

Attorney General's Office
Dept. of Justice
P.O. Box 629
Raleigh, N.C. 27602

Executed on: 1-30-13

P.S. Please file and record, then forward to me an exact stamp filed copy of the same affiant sayeth not:

1-30-13
-(Dates)-

*Zebedee Brown-Bey*
-(Affiant)-

Sworn and subscribed before me this 30 day of January, 2013.

*Donna D. Dooley*   2-15-2014
-(Notary)-          -(Comm. Exp.)-

X  ZEBEDEE BROWN
Wayne Corr. Ctr.
Caller Box 8011
Goldsboro, N.C. 27533

FILED FEB 0 4 2013 IN THE OFFICE Clerk, U.S. District Court Greensboro, N.C.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

```
Zebedee Brown-Bey
        Plaintiff,

     -V-

Bill Wood (District Attorney)
        Defendant.
```

CERTIFICATE OF EXEMPTION ON INDIGENOUS GROUNDS
DENIAL OF CORPORATE STATUS AND
NEGATIVE AVERMENT
VIA A SWORN AFFIDAVIT

## I. JURISDICTION and VENUE

1.) Please be advised that I am NOT a "person" under the jurisdiction of your agency, which applies only within the territorial jurisdiction of the United States [Foley Brothers v. Filardo, 336 U.S. - 281, 1948], which is defined and limited by the Constitution for the United States of America [Article I, section 8, clause 17]. Please take Note: Title 5 of the U.S. Codes, Section 556(d): Jurisdiction Issue.

2.) I Am a Sovereign Citizen of the North Carolina Republic. I DO NOT reside in Corporate State of North Carolina or any Territory, Possession, Instrumentality or Federal Enclave which is under the "Sovereignty of" or "Subject to the jurisdiction of" the United States.

3.) I Am NOT a citizen of the United States subject to its jurisdiction; I am a natural born flesh and blood citizen of one of the organic de jure Fifty Republic States of the continental United States of America, over which the sovereignty of the United States does NOT extend.

## II. PLAINTIFF

4.) Plaintiff Zebedee Brown-Bey, is and was at all times mentioned herein a living soul, a Sovereign, a Private Human Being, a Creditor and Claimant; a living being upon the land and on the soil; He is domicile on the overlay of the Republic otherwise known as NORTH CAROLINA.

## III. DEFENDANT

5.) Defendant Bill Wood is the District Attorney, For the Middle District of North Carolina "Guilford County".

6.) The Defendant is mentioned herein; on is hereby REVOKED of all powers, including,

but not limited to, Powers of Attorney and Agency. I hereby DISSOLE and TERMINATE any franchise connected with the BIRTH CERTIFICATE or TRUST INSTRUMENT. I hereby remove all commercial activity, including, but not limited to, the LIMITED LIABILITY for the payment of debt. I hereby release the Department of Commerce, its agents and Judiciaries, of their obligation to perform any commercial duties or responsibilities toward myself. I am NOT in commerce or involved in any commercial activity with the federal corporate United States government or any subsidiary.

7.

## III. FACTS

7.) I, Zebedee Brown-Bey, do state and declare my intent to expatriate from the United States. United States as used in this document means the corporate United States, Washington D.C., The District of Columbia, or U.S. government incorporated as a for profit commercial enterprise in the legislative act of February 21, 1871, forty-first Congress, Session III, Chapter 62, page 419. I KNOW and BELIEVE, that I, Zebedee Brown-Bey am not and was never a citizen of the United States because 1.) I could never be. Dred Scott vs. Sanford 1857 U.S. Supreme Court "No person of African descent could ever be a citizen of the United States." 2.) I never intended to be. I never knowingly or willingly entered into any contract or obligation with the United States, any of its principals, agents, or assigns. I have never knowingly and willingly waived any of my rights of birth endowed to me by the creator. To waive any of my God given rights would be in direct conflict with my spiritual and religious beliefs. To waive any of my God given rights would be unconscionable agreement on my part. Unconscionable Agreement - an agreement that no promissory with any sense, and not under a delusion, would make, and that no honest and fare promisee would accept.

8.) Black's Law Dictionary Abridged 7th Edition. Even knowing that I am not and was never a citizen of the United States, I still find the urgent need to kill any assumption

that I am a United States citizen by renouncing United States citizenship, and declaring my expatriation from the United States to further prevent the violation of my God given unalienable rights by the United States, its principals, agents, and assigns. Expatriation Act 1868, "the right to expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness," "any declaration, instruction, opinion order, or decision, of any officers, of this government which denies, restricts, impairs, or questions, the right of expatriation, is hereby declared inconsistent with the fundamental principals of government – 15 Stat. 223-224 (1868) R.S. Section 1999, 8 U.S.C. Section 800 (1940).

9.) I give my Lawful NOTICE to the world that it is my intent to expatriate from the United States.

10.) I, Zebedee Brown-Bey announce my claim of my birthrights a sovereign Moor, and declare my repatriation into the United States of America formerly known as Amexem, Al Moroc, and the Al Moroccan Empire, which existed before the United States and is separate and foreign to the United States. The Holy Koran of the M.S.T of A. "Let my yea be yea and my nay be nay." <u>United States (Federal Government) foreign to the several States: reference Federal Civil Judicial Procedure, 1996 Edition, West Publishing, St. Paul, Minnesota, Title 28 U.S.C.A., Section 3002, Definitions (15), Page 1073, and IN re Merriam, N.E. 505, 141 N.Y. 479, affirmed 16 S. Ct. 1073, 161, 41 L. Ed. 287.</u>

11.) Be strongly Advised that the use of a Notary Public herein, is for verification purposes only.

12.) I give my Lawful NOTICE to the world of my claim to my devine birthright as a sovereign Moor. I am: Zebedee Brown-Bey
M.S. *Zebedee Brown-Bey* Indigenous free; Moor, Sovereign; In Propria Persona, Sui Juris (Not Pro se or Colorable), The United States Code of Laws of a General and Permanent Character, In Force Title 22, Chapter 2, Section 141. Droit.

Moors: The Indigenous Peoples of North, South, and Central, Al Morocs (Americas) including the adjoining Islands. The DIVINE BEING: Zebedee Brown-Bey who is affirming that he is the Being Iherein named and is by lawful right in his proper person to execute this document.

13.) Therefore: For the record, let the record show that I, Zebedee Brown-Bey, have in fact(s) legally according to; Constitutional Amendment IX; (The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.); in succession, with equal protection of the laws; peacefully declared; herein, that I hereby, am a Loving Soul, a sovereign, a Private Human Being, a Creditor and Claimant; I AM NOT a statutory "person" or Juristic "person". I AM Huora/ocpa, a loving Being upon the land and on the Soil; however, I Am domicile on the over lay of the Republic otherwise known as North Carolina.

14.) Whereas: I, Zebedee Brown-Bey, do hereby solemnly declare that I: 1) A Loving Soul, is competent for stating the matters set forth herewith; 2) A Loving Soul, have personal knowledge about the facts stated herein; and 3) Everything stated on this TRUTH AFFIDAVIT is the Truth, the whole Truth, and nothing but the Truth; and all stated is true, correct, complete and not misleading, for the best of one's knowledge. <u>NO THIRD PARTIES ALLOWED</u>

15.) Whereas: I, Zebedee Brown-Bey, Am NOT: a man-made created entity; a corporation; a franchise; a subject of Britain, a British commonwealth, the British Isles, the United Kingdom or the Holy See; a citizen of England, a citizen of the UNITED STATES, a 14th Amendment citizen subject to the jurisdiction of the United States; a citizen of America; a resident, citizen or subject of any earthly territory, kingdom, or land;

16.) Whereas: I, Zebedee Brown-Bey, Am: a child of the creative force, Elohim, who created everything that is, was, or shall ever be; an heir of the Great Mother, Elohim; and therefore, my citizenship is on the Soil, while a Sojourner on this earth, I exist on the land commonly known as North Carolina, a Republic where the land will forever belong to the people; being established by

"We the People". My Mother, Elohim, who created all land and owns all land as Sovereign, and so I Am Sovereign;

17.) Whereas: I, Zebedee Brown-Bey, Am a real-live, flesh and blood, living, breathing soul, proving that I AM NOT a Corporate Fiction and that I DO NOT belong in the courts of the corporate fictions. The entities named below are corporations and I hereby negatively aver their existence:

18.) City of GREENSBORO, COUNTY OF GUILFORD, STATE OF NORTH CAROLINA, ALL NORTH CAROLINA DISTRICT AND CIRCUIT COURTS, WASHINGTON, DC; UNITED STATES FEDERAL CORPORATION, UNITED STATES, US, USA; UNITED STATES DISTRICT COURT, AND ALL BRITISH BAR ASSOCIATES AND ATTORNEYS/LAWYERS/COUNSELOR, ESQUIRES/JUDGES.

19.) Whereas: I, Zebedee Brown-Bey, Am NOT in affirmation, but rather, I DENY the existence for the above CORPORATIONS and FICTIONS, and all departments/branches, divisions/subsidiaries of the above corporations/fictions and all other limited liability fictional entities. Furthermore, I OBJECT [and do not ratify] the use of the ALL CAPITAL NAME. The ALL CAPITAL NAME is the fictitious person "doing business as." When anyone is "doing business as" he is entering into contracts. The ALL CAP NAME is prima facie evidence that one is doing business with the STATE

20.) WHEREAS: The FRANCHISE, BIRTH, and/or TRUST CERTIFICATE was created and offered fraudulently and deceitfully, supposedly to aid in the census, as a means of identification, to document a birth, and for health reason and purposes; the true nature of the BIRTH-CERTIFICATE is an unrevealed commercial agreement, an unconscionable adhesion contract with an Agency of the federal, Corporate United States, the Department of Commerce; the true nature of the DATE OF BIRTH is to execute the birth of the certificate [by signing, filing and recording], NOT the "Natural" person;

21.) Whereas: The BIRTH CERTIFICATE is a TRUST INSTRUMENT recorded with County -

Recorder; a subsidiary of the Secretary of State [of the several states], sent to the Bureau of Census, a division of the Department of Commerce [Washington, DC], placing the Name on the BIRTH CERTIFICATE in commerce as a legal "person" [e.g. corporate TRUST] distinct said separate from the "Natural born citizen", Indigenous Moor to this land;

22.) WHEREAS: The Secretary of the States [of the several states] issues and charters corporations and franchises, that any American citizen with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State Department of Revenue for income taxes, and the Federal corporate United States for its debt obligations to the Federal Reserve bank;

23.) WHEREAS: This TRUST INSTRUMENT has deceived the above "Name" into an unrevealed contract attempting to place myself [and my fellow American citizens] under the jurisdiction of the federal United States with its tax and regulating authority originating from the Department of Commerce, pursuant to the authority of the Constitution for the United States of America [1789] and under the jurisdiction of the equity, admiralty or maritime jurisdictions of the federal Court system; and the Uniform Commercial Code [UCC] of 1969.

24.) NOW, THEREFORE: Should any man or woman deem that the statements above are not true, please answer by Notarized affidavit using their Given Name at Birth and Married Name [if different] for autograph [signature] within ten [10] days, for the Notary address.

25.) Unrebutted after thirty [30] days from the date of County recording, this affidavit stands as fact.

26.) THAT: I, Zebedee Brown-Bey, "To regulate with foreign Nations, and among the several States, and with the Indian Tribes," [See U.S. Constitution, Article I, Section 8, Clause 3, Indigenous Moors], have declared and established "Sui Juris" Status in connection with both my "property" and "Name". I demand a certified copy with my signed authorization of all documents or

contracts being "held-in-due-course", pursuant to UCC 3-305.2, UCC 3-305.52 and UCC 3-505, that create any legal desability to the claimed "sui juris" status and "alieni juris" relating to my "Name". My "Name" is my property; and for my "Name" to enjoy "sui juris" status that "Name" must be free of legal desability resulting from a contract or commercial agreement which is being "held-in-due-course" by a fellow citizen or by any agency of the federal, state, county or municipal government.

27.) Furthermore I, Zebedee Brown-Bey, hereby REVOKE all powers, including, but not limited to, Powers of Attorney and Agency. I hereby DISSOLVE and TERMINATE any franchise connected with the BIRTH CERTIFICATE or TRUST INSTRUMENT. I hereby remove all commercial activity, including, but not limited to, the LIMITED LIABILITY for the payment of debt. I hereby release the Department of Commerce, its agents and judiciaries, of their obligation to perform any commercial duties or responsibilities toward myself. I am NOT in commerce or involved in any commercial activity with the federal corporate United States government or any subsediary.

### IV. THIS IS A LAWFUL AND LEGAL NOTICE: CLAIM AND REMEDY

28.) To ALL Public Officials, by and through the Secretary of State of North Carolina, ALL letters or communications are to be presented in writing, via Notary Location, signed in red ink, under penalty of perjury. This Notice is in the nature of a Miranda Warning. For The Record, On The Record, Let The Record show: If, for any reason you do not understand any of these statements, warnings, it is incumbent upon you to summons a superior officer or supervisor immediately to explain for you the importance of this Presentment [NOTICE].

29.) Your failure will leave you in the position of accepting full responsibility for any liabilities I incur, damages and injuries to my Being from your actions, and the actions of any of your fellow officers.

30.) The individual tendering this document is an Original Indigenous Moor and a

Private American Citizen of Posterity, a Secured Party and Holder-in-due-Course, a Sovereign and Private "state" in fact [Not a 14th Amendment citizen of, Not a Subject of, Nor owing allegiance to, the Federal United States; Nor any of the de facto corporate State contracting thereto]. Therefore, I carry within Myself the original and exclusive peculiar jurisdiction and venue under our one Supreme Court, the Real Law and Common Law. This matter is Public Record filed with the Secretary of State for the State of North Carolina, and may be recorded upon the records and books of the Register of Deeds in Guilford County, and published as a Public Notice in said County's Paper of Record.

31.) This Document will become an evidentiary document in any Court action undertaken by Myself as a result of any liabilities I incur, injuries and/or damages that befall Myself, from actions on your part and the part of any officers involved herein; or any public officer that may violate any of My Inalienable Rights [At No time have I waived said Rights] in any future action. Remember, you have taken a solemn and binding oath to protect and defend the Federal Constitution and the Constitution for the North Carolina Republic [via the state of North Carolina]. A violation of this oath is TREASON! If you move against Myself in defiance of this Presentment [NOTICE], there will be NO IMMUNITY from prosecution.

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE
AND NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENT.

I, Zebedee Brown-Bey, Nunc Pro Tunc Being of Husia/Ousia and Elohim ["The Creative Force of Will"], Am the Principle; and you are the Agent! Fail Not your Oath, lest you will be called to answer before the Highest Court of International Law. The terms and conditions of this Instrument/Presentment [NOTICE] puts liability with you and those acting in concert with you, jointly and severally with the corporations involved with you. An unauthorized-use of My Name in all Capital Letters and/or

in upper and lower case lettering will be taken as a violation of my Privacy Rights and/or common-law copyrighted property rights. The penalty for said unauthorized-use is set forth as follows: Principal Amount set at $1,000,000.00 per use.

## VERIFICATION UPON OATH OF AFFIRMATION
## JURAT DECLARATION

Private Sovereign Sui Juris Indigenous Moor

The Nationality Act of 1940

54 Stat 1137, Section 101(a) and 8 U.S.C. Section 1101(21)

All RIGHTS RESERVED, U.C.C. 1-207, UCC 1-308, U.C.C. 1-103.6

In accordance with 28 C.F.R. 16.41(d) and 28 U.S.C. 1746(1)


Secured Party/Creditor and Holder in due Course

U.C.C-1 Financing Statement # _____

EXEMPT FROM LEVY HJR 192, U.C.C. 1-104; 3-104;

10-104 [via 31 U.S.C. 463(b) and PL 73-10];

31 U.S.C. 5118, through 22 U.S.C. 2281

I AM _Zebedee Brown-Bey_

The use of a Notary Public does not grant any jurisdiction and is used for identification purposes only.

North Carolina Republic
County of WAYNE

The above affiant, Zebedee Brown-Bey appeared before me a Notary in his true character and affixed his signature to the above document and affirmed under oath this 22nd day of January month 2013.

Notary Public _____

Commission Expires: 2/15/2024

# "Certificate of Service"

I, Zebedee Brown-Bey, certify that I have deposited an exact copy of an "Averment of Jurisdiction" via a sworn affidavit, in the out-going mail, postage pre-paid and addressed as follows:

Office of the Clerk

U.S. District Court, Middle District of North Carolina,

P.O. Box 2708, Greensboro, NC 27402-2708


District Attorney Office

Mr. Bill Wood

U.S. District Court, Middle District of North Carolina,

P.O. Box 2708, Greensboro, NC 27402-2708


Attorney General's Office

Dept. of Justice

P.O. Box 629

Raleigh, N.C. 27602


Executed on: 1-22-2013


P.S. please forward to me an exact stamp filed copy of the same

X Zebedee Brown

Wayne Corr. Ctr.

Caller box 8011

Goldsboro, N.C. 27533

Affiant sayeth not:

1-22-2013                    Zebedee Brown-Bey
- (Dates) -                     - (Affiant) -

Sworn and subscribed before me

this 22nd day of January, 2013.

_____         2-15-2014
- (Notary) -                      - (Comm. Exp.) -